Marjorie E. Manning, SBN 118643
**BOLLING & GAWTHROP**
A Professional Corporation
8880 Cal Center Drive, Suite 190
Sacramento, California 95826
Telephone: (916) 369-0777
E-mail: mem@bwg-inc.com
Facsimile: (916) 369-2698

Attorneys for Defendants County of Mono,
Ralph Obenberger, Richard Scholl and
David O'Hara

Christopher L. Gaspard, SBN 275763
**GASPARD CASTILLO WINTER HARPER, APC**
3333 Concours Street, Suite 4100
Ontario, California 91764
Telephone: (909) 466-5600
E-mail: chris@policeattorney.com
Facsimile: (909) 466-5610

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MADRID;<br><br>  Plaintiff,<br><br>  vs.<br><br>COUNTY OF MONO; RICHARD SCHOLL, individually and as Sheriff of the Mono County Sheriff's Department; RALPH OBENBERGER, individually and as Undersheriff of the Mono County Sheriff's Department; DAVID O'HARA, individually and as Lieutenant of the Mono County Sheriff's Department; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.: 2:13-CV-01715-MCE-KJN<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER FIRST AMENDED COMPLAINT; ORDER** |

The parties hereto, by and through their attorneys of record, hereby stipulate that because defendants' counsel is in Pennsylvania at least until mid-March on a family medical circumstance, the time within which the individual defendants' answer to the first amended complaint is due is

extended to and including March 31, 2014.

DATED:  March 6, 2014                         BOLLING & GAWTHROP


                                              By:  /s/ Marjorie E. Manning
                                                    Marjorie E. Manning
                                                    Attorneys for defendants


DATED:  March 6, 2014                         GASPARD CASTILLO WINTER HARPER


                                              By:  /s/ Christopher L. Gaspard
                                                    Christopher L. Gaspard
                                                    Attorneys for plaintiff


## ORDER

Pursuant to the above stipulation, IT IS HEREBY ORDERED THAT;

The extension of time, to and including March 31, 2014, for the individual defendants to answer the first amended complaint is granted.

IT IS SO ORDERED.

Dated:  March 17, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT