# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MADRID,<br><br>             Plaintiff,<br><br>    v.<br><br>COUNTY OF MONO; RICHARD SCHOLL; RALPH OBENBERGER; DAVID O'HARA; and DOES 1 through 10 INCLUSIVE<br><br>             Defendants. | Case No. 2:13-CV-01715 MCE KJN<br><br>*Honorable Morrison C. England, Jr.*<br><br>**ORDER RE STIPULATION OF DISMISSAL**<br><br>**[FRCP Rule 41(a)(1)(A)(ii)]** |

//
//
//
//
//

# **ORDER**

1
2
3     The Court has reviewed the parties fully executed Stipulation for Dismissal
4 (ECF No. 60).  Based upon a review of the record and good cause appearing, this
5 action is DISMISSED in its entirety with prejudice.  Each Party shall bear their
6 own attorneys' fees and costs.
7     IT IS SO ORDERED.
8 Dated:  August 20, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ORDER RE STIPULATION OF DISMISSAL

2